Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

for the

District of

Division

|  | ) | Case No. __1:19cv1513__ |
|---|---|---|
| **Paul Eric Cummings** | ) | _(to be filled in by the Clerk's Office)_ |
| _Plaintiff(s)_ | ) | |
| _(Write the full name of each plaintiff who is filing this complaint._ | ) | |
| _If the names of all the plaintiffs cannot fit in the space above,_ | ) | |
| _please write "see attached" in the space and attach an additional_ | ) | |
| _page with the full list of names.)_ | ) | |
| -v- | ) | |
|  | ) | |
|  | ) | |
|  | ) | |
| **See Attached page 2 of 6** | ) | |
| _Defendant(s)_ | ) | |
| _(Write the full name of each defendant who is being sued. If the_ | ) | |
| _names of all the defendants cannot fit in the space above, please_ | ) | |
| _write "see attached" in the space and attach an additional page_ | | |
| _with the full list of names.)_ | | |

## COMPLAINT AND REQUEST FOR ~~INJUNCTION~~ / Emergency Protection Order

_Emergency_

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Paul Eric Cummings |
| Street Address | 7676 Richmond Hwy, Unit 6312 |
| City and County | Alexandria, Fairfax County |
| State and Zip Code | Virginia 22306 |
| Telephone Number | 571 982 9624 |
| E-mail Address | eric_enterprise@bellsouth.net |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

**Defendant No. 1**

Name — Morteza Faraji Davar

Job or Title *(if known)* — Used rug salesman

Street Address — 407 Mill Street

City and County — Occoquan, Prince William County

State and Zip Code — Virginia 22125

Telephone Number

E-mail Address *(if known)*

**Defendant No. 2**

Name — Rhimou Cheddadi

Job or Title *(if known)* — one of Defendant No 1, wives

Street Address — 407 Mill Street

City and County — Occoquan, Prince William County

State and Zip Code — Virginia 22125

Telephone Number

E-mail Address *(if known)*

**Defendant No. 3**

Name — Cina Faraji Davar

Job or Title *(if known)* — Defendant No. 1 Son

Street Address — 407 Mill Street

City and County — Occoquan Prince William County

State and Zip Code — Virginia 22125

Telephone Number

E-mail Address *(if known)*

**Defendant No. 4**

Name — Adam Lynn

Job or Title *(if known)* — Chief of Police for town of Occoquan

Street Address — 314 Mill Street

City and County — Occoquan, Prince William County

State and Zip Code — Virginia, 22125

Telephone Number

E-mail Address *(if known)*

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

    ☑ Federal question           ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

28 USC § 1343 , 28 USC § 1331 , 42 USC § 3613 , 18 USC § 2511

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)*

        _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

407 Mill Street, Occoquan, Va. 22125

B.    What date and approximate time did the events giving rise to your claim(s) occur?

December 1, 2018 to present

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Please See Attached 4 pages

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

- Threat to loss of life, limb, or loved one
- Permanent damage to our reputation
- Invasion of privacy

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Be ordered that Defendant's have no contact, except through their Attorney, with Paul Cummings, his wife Thresa Cummings and their son Thomas Cummings
Be Ordered that eavesdropping equipment be removed
Be Ordered that All evidence generated from that eavesdropping equipment Be preserved
Be Ordered that power be restored And maintained to our home.
Be Ordered that locks on thermostates be removed

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    12-03-2019

Signature of Plaintiff    _Pal C_

Printed Name of Plaintiff    _PAul Cummings_

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

My name is Paul Cummings and this is some of the things Morteza Farajidavar has done.

From August 26 , 2019 through August 29. 2019 Morteza was banging and kicking my bedroom door yelling, calling me names, threatening me and turning the a/c off.

On August 30, 2019 Morteza turned the air conditioner off. When I thought he had left, I exited my room and turned the air conditioner back on. Morteza was standing at the door and started cursing me and rushed up to me and started waving his finger in my face calling me names. Then he intentionally swiped my nose with his finger. I stepped back and told him not to touch me again, he got back in my face and continued to curse me. He took a step back, raising his hand over his head to strike me. I pushed him back off balance and took another step back. He continued to curse me and I stopped talking. He cursed me for a moment more and then left. Later we had a scheduled meeting with Morteza and his business partner, Asim. At the beginning of the meeting Morteza said that he was leaving and Asim was going to speak on his behalf. After Morteza left, Asim told us that ae was not able to talk about the issues so the conversation ended shortly thereafter.  Approximately 10 minutes after Asim left, Asim called saying that Morteza wanted a private conversation with my wife. I told Asim that would not be possible unless I could be present. Asim said that Morteza agreed and Morteza came back up. This "conversation" was primarily a monolog by Morteza talking about many things. During his monolog, Morteza saided something to the effect that statistics related to violence between people even end up pulling out knife, pulling out gun and (inaudible) killings. Later during his monolog he said something to the effect you know I'm not going to care about who comes up here, you are a mother and you have a baby (inaudible).In this conversation he also talked about a wise person understands a wolf is a wolf. I do not expect a wolf to behave like a lamb. I do not expect a lion to behave like a (inaudible). (Audio file number 1 on DVD provided with this affidavit)

On August 31, 2019 Morteza called the police because of a tripped breaker. I had a short conversation with the police, reset the breaker and the police left. Shortly after the police left, Morteza was arguing with his wife. He began pushing and pulling on her as she resisted.

On September 2, 2019 Morteza put a notice on our door giving up five days to move out.

On September 5, 2019 went to the courthouse and asked for a preliminary protection order and it was granted.

On September 6, 2019 Morteza violated the PPO.

On September 15, 2019 Morteza violated the PPO again.

On September 19, 2019 Hearing related to the PPO. Protection order dismissed.

On September 24, 2019 Morteza allows a stranger into our home and the stranger walked/stood in the dining room/kitchen area unaccompanied for about ten minutes and then left.

On September 28, 2019 (Saturday) Morteza, his son Cina, and a stranger come into the kitchen/dining room area of my home and start installing eavesdropping equipment. Morteza said it was not my business. He told me I should stay in my room until I am evicted. He said he was going to remove my dining table and other property, referring to it as crap, because that space is business space. All three men moved towards me and I asked them to stop. Morteza claimed I took everything of his out of the refrigerator and trashed it. Morteza accused me of poisoning his food. They installed eavesdropping equipment, one pointing at my door. All three men have access to the eavesdropping equipment unknown how many others do too.(Video File 2 on DVD provided).

On October 4, 2019 Morteza arrived at 4 am slamming doors and turned off the a/c. Throughout the day he continued to turn off the a/c after I turned it on. Approximately 2:30 pm Morteza disabled the a/c serving my bedroom and locked the thermostatic controlling the a/c in the kitchen/dining room area. Being that Morteza does not live here, I have no control over the temperature in our home.

September 1, 2019 through October 6, 2019 Morteza continued turning off the a/c. During this period he escalated to disabling the a/c units so that I could not turn them back on. During this period there was a heat wave that included record breaking high temperature on October 2, 2019.

On October 6, 2019 Investigated eavesdropping equipment and found that the eavesdropping equipment that was installed in our home on September 28, 2019 collect audio and video. (Video File 3 on DVD provided with this affidavit).

On October 7, 2019 approximately 5:40 am, Morteza was sitting in the dark on the second floor stairwell with only his shorts on when my wife went to work, this is the only access that we have to our home and he knew her schedule. In all the time that we have been here, he had never been there before. thank goodness on this occasion I was there.

On October 14, 2019, Morteza came around 5 pm and stole the remaining working light bulbs from two light fixtures and took our food from the refrigerator. He then left the dwelling.

On October 15, 2019, Morteza came into the dwelling and put music on very loud and then left.

On October 30, 2019, Morteza and one of his wives were on some type of drugs. Morteza and this wife destroyed the oven. My wife woke me up and informed me that the police were here. I began getting dressed. As I was getting dressed, there was a knock on the door and it was the Police. Morteza began making wild accusations, some of which could have been verified by the eavesdropping equipment that he has in our home. Morteza offered none of that to the police officer. Morteza and this wife refused to listen to the police officer. I answered all the police officer's questions as best I could and the police officer left. Just after the police officer left, Morteza and this wife had a physical altercation with each other. I called the police officer to come back and Morteza and this wife left my home. I followed and stayed at the door of my home. Morteza and this wife were talking to the police officer when suddenly Morteza's wife attacked me. The police officer arrested her.

On or about November 1, 2019, Morteza installed a wall blocking one of our two exists from the third floor that we live on. The two buildings next to ours are dilapidated and are slatted to be knocked down. If there would be a catastrophe related to these building it could easily block our only exist from the third floor and we would be trapped.

On November 3, 2019 Morteza let himself into the dwelling and into the room next door to wake up William to come down to work.

On November 6, 2019 Paul was served some legal papers referring to an eviction hearing.

On November 8, 2019, Morteza entered our home and while wearing a coat turned the heat off to our bedroom and left shortly there after.

On November 10, 2019 at 9:50 am William turned off the heat and then left. Paul turned it back on. At 10:08 am William returned and turned the heat back off again. Paul did not turn it back on.

On November 11, 2019  William turned off the heat again.

On November 12, 2019  at 3:40 William came up and turned off the heat and then left again.

On November 13, 2019 at 12:05 am William turned off the heat.

On November 14, 2019 at 8:35 am William turned the heat off. At 12:20 pm Morteza came up into our home without giving notice or warning and then left again.

On November 16, 2019 at 8:30 am William turned off the heat and then left.

On November 17, 2019 around 2 am William was on the 2nd floor of the building drunk. Then he went on the balcony outside our window whistling to women down on the street and talking loud to himself mumbling.

On November 19, 2019 at 11:50 Morteza came into the room next door then while wearing a jacket, turned the heat off then left.

On November 20, 2019 Morteza and Cina came up to my home at 3 pm, removed a tv from the other room and on the way out turned the heat off and left.

On November 21, 2019 Paul came home and the thermostat for the bedroom was locked. I called the police and they said it was a civil matter. The Chief of Occoquan police called this officer a number of times while this officer was in my home. After talking to the chief on the phone he said that if I don't like my living accommodations I should leave.

On November 27, 2019 around 1:15 pm William turned the power off for the dwelling. I called 911 and was told it was a civil matter. While I was on the phone with 911, William turned the power back on. After some time William turned the power off again. I went downstairs and asked Morteza to turn the power back on. The police and deputy arrived and spoke with Morteza for approximately 30minutes prior to coming to talk to me. Deputy was hostile in his tone and word choice. Deputy and Occoquan police allowed Morteza to enter my home and run an extention chord from the first floor to the third floor to where my home is and power the eavesdropping equipment.

_Pal C_                                        12-3-2019

Paul Cummings                                  Date